UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ANDREW PALOWITCH,

                  Plaintiff,

     -against-

PRIORITY 1 HOLDINGS, LLC.

                  Defendant.
------------------------------------------------------------------ x

21-cv-6848 (ALC)

**ORDER REMANDING CASE TO STATE COURT**

**ANDREW L. CARTER, JR., District Judge:**

.On December 3, 2021, I issued an OSHOW as to why this case should not be remanded to state court for untimely removal. ECF. 7. The defendant was ordered to respond by December 14. Defendant did not respond. For the reasons set forth in the December 3, 2021 order, this case is hereby remanded to the Supreme Court of the State of New York, New York County,

SO ORDERED.

Dated: December 17, 2021
       New York, New York

                                             /s/ Andrew L. Carter, Jr.
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**